**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24552-CIV-MARTINEZ**

JANE DOE,

Plaintiff,

v.

ONE SPA WORLD, LLC, *et al.*,

Defendants.

_________________________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on July 1, 2026, and to date, there is no indication in the court file that Defendants have been served with the Summons and Complaint. Therefore, on or before **September 29, 2026**, Plaintiff shall perfect service upon Defendants or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by the aforementioned date will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 31 day of August 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record