**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24552-CIV-MARTINEZ**

JANE DOE,

Plaintiff,

v.

ONE SPA WORLD, LLC, *et al.*,

Defendants.

_________________________________/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. All Defendants appear to have been served. (*See* Returns of Service [ECF Nos. 18, 19, 20]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond under Federal Rule of Civil Procedure 12.

**DONE AND ORDERED** in Miami, Florida, this 15 day of September 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record